FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

2015 NOV 12  PH 4:57

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

Approved 11/12/15
Ellen L. Hollander

|  |  |
|---|---|
| Joshua Davis,<br><br>                    Plaintiff,<br>v.<br><br>Elite Consulting Services, LLC; and DOES 1-10, inclusive,<br><br>                    Defendant. | Civil Action No.: 1:15-cv-00238-ELH |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Joshua Davis ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 12, 2015

                                      Respectfully submitted,

                                      By <u>/s/ Sergei Lemberg</u>
                                      Sergei Lemberg, Esq.
                                      1100 Summer Street, 3rd Floor
                                      Stamford, CT  06905
                                      Telephone: (203) 653-2250
                                      Facsimile: (203) 653-3424
                                      Email: slemberg@lemberglaw.com
                                      Attorneys for Plaintiff